### Commonwealth *v.* Smith, Appellant.

Submitted December 12, 1966.

*Roy Smith,* appellant, in propria persona; *Joseph M. Smith* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

### Commonwealth *v.* Smythe, Appellant.

Submitted December 12, 1966.

*Charles Smythe,* appellant, in propria persona; *Welsh S. White* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

### Commonwealth *v.* Sullivan, Appellant.

Argued December 14, 1966. *Richard J. Haber,* with him *James C. Hogan,* Public Defender, for appellant; *Elwood M. Malos,* First Assistant District Attorney, with him *Bernard V. O'Hare, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.